# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                                Plaintiff,<br><br>v.<br><br>NEWPORT DIVERSIFIED, INC., et al.,<br><br>                                Defendants. | Case No.: 19-CV-01642 W (MSB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [DOC. 12]** |

Pending before the Court is Plaintiff's motion for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). [Doc. 12.] Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). Defendants have neither served an answer nor a motion for summary judgment in this case. Thus, Plaintiff was free to dismiss the action without resort to Federal Rule of Civil Procedure 41(a)(2).

1

Nevertheless, for the reasons stated above, the Court **GRANTS** Plaintiff's motion for voluntary dismissal with prejudice. [Doc. 12.]

**IT IS SO ORDERED.**

Dated: December 5, 2019

Hon. Thomas J. Whelan
United States District Judge